UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTINA STENSLAND, Individually, and as the Administrator of the ESTATE OF CADE STENSLAND, and as Guardian for C.S., B.S., and E.S., | ) ) ) ) ) | Case No. 18-5062 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **DEFENDANTS AND THIRD-PARTY PLAINTIFFS' ANSWER TO THIRD-PARTY DEFENDANTS' COUNTERCLAIMS** |
| CAVALLO BUS LINES, INC. and CAVALLO BUS LINES, LLC, | ) ) ) | |
| Defendants and Third-Party Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| MOTOR COACH INDUSTRIES INTERNATIONAL, INC., and MOTOR COACH INDUSTRIES, INC., | ) ) ) ) ) | |
| Third-Party Defendants. | ) | |

Defendants and Third-Party Plaintiffs, Cavallo Bus Lines, Inc. and Cavallo Bus Lines, LLC, (collectively "Cavallo"), through attorney, J. Crisman Palmer of Gunderson, Palmer, Nelson & Ashmore, LLP, for their answer to the Counterclaims, state and allege as follows:

Cavallo reasserts and realleges paragraphs 1 through 58 of their Third-Party Complaint as if fully set forth herein. Cavallo denies each and every allegation contained in the Counterclaims, except for those matters as are hereinafter admitted or qualified.

## COUNTERCLAIM – INDEMNITY

1. Cavallo admits paragraph 61.

2. Cavallo denies paragraph 62.

3. Cavallo admits paragraph 63.

4. Cavallo denies paragraph 64.

5. Cavallo denies paragraph 65.

## COUNTERCLAIM – SET OFF

6. Cavallo reincorporates and realleges its answers to paragraph 1 through 5 above as if fully set forth herein.

7. Cavallo denies paragraph 67.

8. Cavallo denies paragraph 68.

9. Cavallo denies paragraph 69.

10. Cavallo denies paragraph 70.

11. Cavallo denies paragraph 71.

## PRAYER FOR RELIEF

1. Cavallo denies the Third-Party Defendants prayer for relief and each paragraph thereto.

WHEREFORE, the Defendants and Third-Party Plaintiffs pray as follows:

1. For judgment in favor of Defendants and Third-Party Plaintiffs and against Third-Party Defendants on all issues, dismissing the counterclaims with prejudice and upon their merits.

2. For Defendants and Third-Party Plaintiffs' costs and disbursements herein; and

3. For such other and further relief as the Court deems just and equitable.

Dated: January 17, 2019.

GUNDERSON, PALMER, NELSON
  & ASHMORE, LLP

By: */s/ J. Crisman Palmer*

J. Crisman Palmer
Attorneys for defendants and third-party plaintiffs,
Cavallo Bus Lines, LLC and Cavallo Bus Lines, Inc.
P.O. Box 8045
Rapid City, SD 57709
Telephone: (605) 342-1078
E-mail: cpalmer@gpna.com